UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Charles Ball

-v-

Metro.-North

------------------------------------------------X

#21-cv-6159 (JFK)

The conference in this case is adjourned from _April 20, 2022_

to _November 1, 2022_ at _11:00_ a.m. in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-12-22

SO ORDERED.

Dated:   New York, New York

4-12-22        John F. Keenan

JOHN F. KEENAN
United States District Judge