```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARLES J BALL,                                             :
                                    Plaintiff,              :
                                                            :      21 Civ. 6159 (LGS)
              -against-                                     :
                                                            :           ORDER
METRO-NORTH COMMUTER RAILROAD,                              :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 7, 2022, required the parties to file a joint letter and, if any, the most recent scheduling order by September 28, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for October 5, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter and most recent scheduling order. It is hereby

**ORDERED** that the parties shall file the joint letter and most recent scheduling order as soon as possible and no later than **September 30, 2022, at 3:00 P.M.**

Dated: September 29, 2022
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**