UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES J BALL,
                              Plaintiff,

               -against-

METRO-NORTH COMMUTER RAILROAD,
                              Defendant.
------------------------------------------------------------X

21 Civ. 6159 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference is currently scheduled for October 5, 2022, at 4:00 P.M.  It is hereby

      **ORDERED** that the conference scheduled for October 5, 2022, at 4:00 P.M is **adjourned** *sine die* due to Judge Keenan's apparent referral of the matter for pretrial supervision by Magistrate Judge Gorenstein.

Dated: October 5, 2022
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE