UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES J BALL                                           :

             Plaintiff,                               :      <u>ORDER</u>

   -v.-                                                        :
                                                           21 Civ. 6159 (LGS) (GWG)
METRO-NORTH COMMUTER RAILROAD,    :

             Defendant.                             :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The deadline for fact discovery, for the proposing of a schedule for expert discovery, and for the filing of any request for permission to make a summary judgment motion having expired, the parties shall file the pretrial order materials required by Judge Schofield's Individual Practices on or before September 22, 2023.

      SO ORDERED.

Dated:  September 1, 2023
           New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge