UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARLES J. BALL,

                              Plaintiff,                  **21-CV-06159 (LGS) (GS)**

          -against-                         **TELEPHONE CONFERENCE ORDER**

METRO-NORTH COMMUTER
RAILROAD,

                              Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Telephone Conference on **Tuesday, September 26, 2023 at 10:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 919 623 355#**

    **SO ORDERED.**

DATED:    New York, New York
                September 20, 2023

                                              _____
                                              GARY STEIN
                                              United States Magistrate Judge