**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLES J BALL,

                     Plaintiff,　　　　　**21 Civ. No. 6159 (LGS) (GS)**

     -against-　　　　　　　　　　　　　　　　**ORDER**

METRO-NORTH COMMUTER
RAILROAD,

                    Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      In view of the recent substitution of Defendant's lead counsel (Dkt. No. 63), as well as Plaintiff's counsel's outstanding request to modify the discovery schedule (Dkt. No. 60), this action is scheduled for a Video Status Conference on **Wednesday, February 19, 2025 at 10:00 a.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [249 922 813 917] Passcode: [dA2Tq6GT].**

      SO ORDERED.

DATED:　　New York, New York
　　　　　　January 29, 2025

                                                         _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge