UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES J. BALL,

                        Plaintiff,                  21 Civ. No. 6159 (LGS) (GS)

    -against-

                                                  **VIDEO STATUS**
METRO-NORTH COMMUTER                           **CONFERENCE ORDER**
RAILROAD,

                        Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Friday, May 9, 2025 at 10:00 a.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [222 999 983 624] Passcode: [DN3fx3Fi]**

       SO ORDERED.

DATED:    New York, New York
               February 26, 2025

                                                            _____
                                                              The Honorable Gary Stein
                                                               United States Magistrate Judge