UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
 :
CHARLES J. BALL,                                     :   21 Civ. 6159 (LGS) (GS)
 :
                     Plaintiff,       :   <u>ORDER</u>
 :
       - against -                                         :
 :
METRO-NORTH COMMUTER RAILROAD,   :
 :
                     Defendant.      :
 :
-------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

      For the reasons stated on the record at the parties' February 26, 2025 conference before the undersigned, the discovery deadlines in this action are hereby extended in accordance with the schedule below. Counsel are directed to submit joint status updates on **March 26, 2025** and **April 30, 2025** informing the Court as to the parties' progress with discovery, as well as attend a video status conference before the undersigned on **May 9, 2025 at 10:00 a.m.**, as set forth separately in the Court's recent scheduling Order. (Dkt. No. 66).

1. **March 26, 2025**: joint status letter due
2. **April 30, 2025**: joint status letter due
3. **May 9, 2025 at 10:00 a.m.**: video status conference before the undersigned
4. **May 31, 2025**: deadline to complete all fact discovery
5. **June 15, 2025**: deadline for Plaintiff's expert disclosures
6. **July 15, 2025**: deadline for Defendant's expert disclosures
7. **July 29, 2025**: deadline for expert rebuttals/replies
8. **August 31, 2025**: deadline to complete expert depositions and all expert discovery

2

\* \* \*

The Clerk of Court is respectfully directed to close the motion pending at Docket No. 60.

**SO ORDERED.**

Dated:  New York, New York
        February 27, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

2