**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLES J BALL,

                            Plaintiff,                    **21 Civ. No. 6159 (LGS) (GS)**

       -against-                          **PRE-SETTLEMENT**
                                          **CONFERENCE ORDER**

METRO-NORTH COMMUTER
RAILROAD,

                            Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, November 12, 2025 at 4:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 282 696 793#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
              November 3, 2025

                                        _____
                                        The Honorable Gary Stein
                                        United States Magistrate Judge