**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLES J BALL,

                  Plaintiff,

         -against-

METRO-NORTH RAILROAD,

                  Defendant.
-----------------------------------------------------------------X

**21 Civ. No. 6159 (LGS) (GS)**

**<u>RESCHEDULING ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

The Settlement Conference scheduled for **Tuesday, December 30, 2025** is hereby adjourned to **Tuesday, March 17, 2026** at **10:00 a.m.**

     **SO ORDERED.**

DATED:    New York, New York
           January 21, 2026

                                 _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge