UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                           :
CHARLES J. BALL,                        :
                      Plaintiff,   :
                                           :           21 Civ. 6159 (LGS)
               -against-             :
                                           :                **ORDER**
METRO-NORTH COMMUTER RAILROAD,   :
                           Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 24, 2025, the parties submitted a status report (Dkt. 87), stating that discovery is complete and:

> The parties are now ready to take the next steps in the process of becoming ready for trial including, *inter alia*, the preparation of a joint pre-trial order and/or substantive motion practice. In that regard, Defendant Metro-North Commuter Railroad Company intends to file a dispositive motion and will file a letter motion requesting a pre-motion conference by a date to be set by the Court.

      WHEREAS, the parties requested to proceed to a settlement conference prior to engaging in the above process. (Dkt. 87). The Order dated October 27, 2025, confirmed that this case was referred to Magistrate Judge Gary Stein for General Pretrial Supervision, including settlement, and that the parties and Judge Stein could proceed accordingly. (Dkt. 88). The parties appeared at three settlement conferences before Judge Stein, the latest of which was on March 17, 2026. The case apparently has not been resolved. It is hereby

      **ORDERED** that the parties shall inform the Court promptly when and if the case is resolved. It is further

      **ORDERED** that any party wishing to file a motion for summary judgment or other dispositive motion shall file a pre-motion letter by **April 21, 2026**, in the form provided in the

Court's Individual Rule III.A.1.  Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule, by **April 28, 2026**.  It is further

ORDERED that, on **May 5, 2026**, at **3:00 P.M.**, a pre-motion conference will be held to discuss any anticipated dispositive motion.  The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.  If no pre-motion letter is filed, the conference will be cancelled and the case will proceed to trial.  The parties are warned that any settlement discussions will not stay pretrial deadlines or the trial date.

Dated: March 31, 2026
      New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

2