**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHARLES J BALL,

                              Plaintiff,                          **21 Civ. No. 6159 (GS)**

              -against-
                                                                 **VIDEO STATUS**
METRO-NORTH RAILROAD,                                            **CONFERENCE ORDER**

                              Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Status Conference on **Thursday, May 21, 2026 at**

**3:00 p.m.**  Counsel shall be prepared to discuss the trial schedule in this matter.  The parties are

directed to join the conference via Microsoft Teams at the scheduled time using the following

link: Click here to join the meeting.  **Meeting ID: [213 339 669 135 801]  Passcode:**

**[Lk3Yf6qQ]**

        **SO ORDERED.**

DATED:    New York, New York
          May 11, 2026

                                                _____
                                                The Honorable Gary Stein
                                                United States Magistrate Judge