**PHILIP J. DINHOFER, LLC**
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 314
ROCKVILLE CENTRE, NY 11570
TEL:  516-678-3500
FAX: 516-678-4235
E-MAIL:  PJDLLC2806@YAHOO.COM

May 12, 2026

**VIA ECF**

Hon. Gary Stein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    Ball v. Metro North Commuter Railroad
       21 Civ. 6159 (LGS)(GS)

Dear Judge Stein:

With regard to your Order of May 11, 2026 setting a Video Status Conference for Thursday, May 21, 2026 at 3:00 p.m., kindly be advised that I am already scheduled to take my 35 year old autistic son for a dental appointment at that time.

In view of this previously scheduled appointment, I am constrained to request that we reschedule this conference.

Having taken the advance liberty of inquiring with defense counsel, Robert O. Hickey, Esq., we are both next available on either Tuesday, May 26, 2026 after 1:00 PM, or Thursday May 28, 2026 after 2:00 PM and are optimistic that one or the other date is also convenient to the Court.

Respectfully yours,

*Philip J. Dinhofer*

PHILIP J. DINHOFER
PJD/dd
cc:    Robert O. Hickey, Esq.
       (Via ECF)

Application granted. The status conference scheduled for Thursday, May 21, 2026 is hereby adjourned to Tuesday, May 26, 2026 at 3:30 p.m. Counsel are directed to join the conference using Microsoft Teams at: Join the meeting now. **[Meeting ID: 258 674 068 479 994] [Passcode: US9dd3j5]. SO ORDERED.**

Date:   May 12, 2026

*Gary Stein*

**Gary Stein**
**United States Magistrate Judge**
**Southern District of New York**