**PHILIP J. DINHOFER, LLC**
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 314
ROCKVILLE CENTRE, NY 11570
TEL: 516-678-3500
FAX: 516-678-4235
E-MAIL: PJDLLC2806@YAHOO.COM

August 14, 2026

Hon. Gary Stein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: Ball v. Metro North Commuter Railroad
21 Civ. 6159 (LGS)(GS)

Dear Judge Stein:

Due to matters of my own personal health, it is necessary for me to request a 120 day stay of all proceedings in this matter, inclusive of the rescheduling of the forthcoming October 2026 trial.

Late yesterday afternoon, I learned that the results of certain cardiac tests had over the past two weeks indicate my need for some heart surgery, including the implantation into my chest of an ICD device (Implantable Cardioverter-Defibrillator). By way of history, within the past 4-5 years, I have undergone three surgical procedures to implant some 5 stents into my heart, and in January 2025 had an ablation procedure in effort to stem PVC's (Premature Ventricular Contractions). The current tests show that I am now having episodes of NSVT's (Non-Sustained Ventricular Tachycardia), where my heartbeat suddenly jumps to over 100 beats per minute in repetitive bursts that last for less than 30 seconds, that are causing me to be easily fatigued, light headed and/or dizzy. For some 90 days following the surgery, while healing, and learning to live with electric shocks occurring in my chest, I will be on temporary restrictions including avoiding stressful situations, limited physical activity (e.g.: I cannot strenuously exercise, walk/jog/bike, swing a golf club, or throw a ball), and I am forbidden from lifting any more than 10 lbs., etc..

My surgery is now scheduled for September 3, 2026n at St. Francis Hospital, and I have my first post-surgical visit on October 5, 2026.

In view of the foregoing, I suggest that we schedule a late January 2027 telephone/video conference in this action, at which time I will be in a better position to know if any of these restrictions persist, or if I will then be able to re-schedule the trial in this action.

I have spoken with Robert O. Hickey, Esq., attorney for defendant, who consents to this request.

Respectfully yours,

Philip J. Dinhofer

PHILIP J. DINHOFER
PJD/dd
cc: Robert O. Hickey, Esq.
(Via ECF)

Application granted-in-part and denied-in-part. The Court grants Plaintiff's request for a stay. The Clerk of Court is respectfully directed to enter a stay in this action. Accordingly, the outstanding deadlines outlined in Dkt. No. 101 are adjourned sine die. However, the Court shall schedule a virtual status conference for mid-November 2026 to discuss next steps in this action under separate cover. The Court extends its best wishes in advance of counsel's upcoming surgery. SO ORDERED.

Date: August 25, 2026

Gary Stein

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**